IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-444-GCM

PHILIPS NORTH AMERICA, LLC, *et al*,
      Plaintiffs,

v.

DUSTIN JAY ZIMMERMAN,
      Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lora A. Brzezynski,** filed November 15, 2019 (Doc. No. 16).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Brzezynski is admitted to appear before this court *pro hac vice* on behalf of Defendant, Dustin Jay Zimmerman.

**IT IS SO ORDERED.**

Signed: November 18, 2019

Graham C. Mullen
United States District Judge