# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-444-GCM

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, *et al*, | |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| DUSTIN JAY ZIMMERMAN, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David W. Higer,** filed November 15, 2019 (Doc. No. 17).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Higer is admitted to appear before this court *pro hac vice* on behalf of Defendant, Dustin Jay Zimmerman.

**IT IS SO ORDERED.**

Signed: November 18, 2019

Graham C. Mullen
United States District Judge