# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-444-GCM

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, *et al*, <br>     **Plaintiffs,** <br><br> v. <br><br> DUSTIN JAY ZIMMERMAN, <br>     **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Thatcher A. Rahmeier,** filed November 15, 2019 (Doc. No. 18).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Rahmeier is admitted to appear before this court *pro hac vice* on behalf of Defendant, Dustin Jay Zimmerman.

**IT IS SO ORDERED.**

Signed: November 18, 2019

Graham C. Mullen
United States District Judge