IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-444-GCM

| | | |
|---|---|---|
| PHILIPS NORTH AMERICA, LLC, *et al*, | ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| DUSTIN JAY ZIMMERMAN, | ) ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Gerard M. Donovan,** filed November 15, 2019 (Doc. No. 20).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Donovan is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Philips North America, LLC, *et al.*

**IT IS SO ORDERED.**

Signed: November 18, 2019

Graham C. Mullen
United States District Judge