IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-444-GCM

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, *et al*, <br>       Plaintiffs, <br> v. <br> DUSTIN JAY ZIMMERMAN, <br>       Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Christopher R. Brennan,** filed November 15, 2019 (Doc. No. 21).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Brennan is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Philips North America LLC, et al.

**IT IS SO ORDERED.**

Signed: November 18, 2019

Graham C. Mullen
United States District Judge