# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-444-GCM

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, *et al*, <br>     Plaintiffs, <br><br> v. <br><br> DUSTIN JAY ZIMMERMAN, <br>     Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Richard Graham, Jr,** filed November 15, 2019 (Doc. No. 22).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Graham is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Philips North America LLC, *et al*.

**IT IS SO ORDERED.**

Signed: November 18, 2019

Graham C. Mullen
United States District Judge