IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00444-MOC-DSC

PHILIPS NORTH AMERICA LLC, et. al.  )
                                     )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )           **ORDER**
                                     )
DUSTIN JAY ZIMMERMAN,                )
                                     )
        Defendant.                   )

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Brian T. Phelps]" (document #49) filed August 24, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 24, 2020

_____
David S. Cayer
United States Magistrate Judge