# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-00444-MOC-DSC

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC et. al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| DUSTIN JAY ZIMMERMAN, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Adaline J. Hilgard]" (document #79) filed August 31, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 31, 2021

David S. Cayer
United States Magistrate Judge